# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

DONALD ROSS

NO. 2019 KW 0626

**AUG 19 2019**

---

In Re:    Donald Ross, applying for supervisory writs, 23rd Judicial District Court, Parish of Assumption, No. 8867.

---

**BEFORE:    McCLENDON, WELCH, AND HOLDRIDGE, JJ.**

**WRIT DENIED.**

**PMc**
**GH**

**Welch, J.,** dissents and would grant the writ application. I would vacate the district court's ruling and remand the matter to the district court for a determination of the timeliness of relator's application for postconviction relief based on relator's claims of newly discovered evidence contained in the 2018 affidavit of co-defendant, Rodney Johnson, pursuant to La. Code Crim. P. arts. 928 and 929. Further, if it was determined that the application raised factual or legal issues which could not be resolved upon the application, answer, and supporting documentation, I would order the district court to conduct an evidentiary hearing on the matter pursuant to La. Code Crim. P. art. 930.

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT